# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA ANN HENDERSON, | ) Case No.: 1:20-cv-0562 JLT |
| Plaintiff, | ) ORDER LIFTING THE STAY |
| v. | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

This action was stayed due to the Commissioner's inability to prepare a certified copy of the administrative record with limitations caused by the COVID-19 pandemic. (Doc. 7)  General Order No. 615 allows the stay to be lifted when "i) the Commissioner files a proof of service showing that the CAR has been served on Plaintiff; or ii) the Commissioner files the CAR."  The Commissioner has now filed the certified administrative record.  (Doc. 11) Accordingly, the Court **ORDERS**:

1. The stay is **LIFTED**; and
2. Plaintiff **SHALL** serve a letter brief within thirty days of service of this order.

IT IS SO ORDERED.

Dated:   **September 8, 2020**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE