# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA HENDERSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:20-cv-00562- JLT<br><br>ORDER GRANTING THE COMMISSIONER'S REQUEST FOR AN EXTENSION OF TIME<br><br>(Doc. 17) |

On January 11, 2021, the parties stipulated for the Commissioner to have an extension of thirty days to respond to Plaintiff's motion for summary judgment. (Doc. 17) Notably, the Scheduling Order permits a single thirty-day extension by the stipulation of parties (Doc. 6 at 3), and this is the first extension requested by either party. Accordingly, the Court **ORDERS**:

   1.   The extension of time is **GRANTED**; and

   2.   The Commissioner **SHALL** file a response no later than **February 10, 2021**.

IT IS SO ORDERED.

   Dated:   **January 12, 2021**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE