# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA A. HENDERSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 1:20-cv-0562 JLT<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF, PATRICIA A. HENDERSON, AND AGAINST DEFENDANT, ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY |

On February 8, 2021, Plaintiff and the Commissioner stipulated to a voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. 19) Upon remand, the ALJ shall "issue a new decision," offer a new hearing, and re-evaluate the evidence. (*Id.* at 1) The parties also stipulate that judgment shall be entered in favor of Plaintiff. (*Id.* at 2) Based upon the stipulation, the Court **ORDERS**:

1. The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g); and

2. The Clerk of Court is DIRECTED to enter judgment in favor of Patricia A. Henderson and against Andrew Saul, Commissioner of Social Security.

IT IS SO ORDERED.

Dated:   **February 8, 2021**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE