# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA ANN HENDERSON,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No.: 1:20-cv-0562 JLT<br><br>ORDER SETTING A BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR ATTORNEY FEES<br><br>(Doc. 22) |

Patricia Ann Henderson seeks an award of attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. (Doc. 22) However, no filing deadlines were triggered for the Commissioner's response, because the motion is not set for hearing. Accordingly, the Court **ORDERS**:

1. Any opposition to the motion, or a notice of non-opposition, **SHALL** be filed no later than **June 9, 2021**; and

2. Any brief in reply **SHALL** be filed no later than **June 16, 2021**.

IT IS SO ORDERED.

Dated:   **May 19, 2021**           **/s/ Jennifer L. Thurston**
                                              CHIEF UNITED STATES MAGISTRATE JUDGE